

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-24-00272-CV

FABIAN TANKESLY, APPELLANT

V.

DOROTHY ELAINE TANKESLY, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 84764C, Honorable Ana Estevez, Presiding

October 3, 2024

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Fabian Tankesly, proceeding pro se, filed a notice of appeal from the trial court's *Final Decree of Divorce* without paying the requisite filing fee. By letter of August 21, 2024, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by September 3 would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam